## VERDICT FORM

1.  Was the Mayo Clinic negligent in its care and treatment of Norma Albrecht?

        _____ Yes     _X_ No
        (Mark an "X" in the appropriate space)

**Note:**        Complete the next question only if the above answer is "yes."  If the above is "no," have your foreperson sign and date this form because you have completed your deliberations in this case.

2.  Was the Mayo Clinic's negligence in providing that care and treatment a direct cause of Norma Albrecht's death?

        _____ Yes     _____ No
        (Mark an "X" in the appropriate space)

**Note:**        Complete the next question only if the above answer is "yes."  If the above is "no," have your foreperson sign and date this form because you have completed your deliberations in this case.

3.  What amount of money will fairly and adequately compensate Norma Albrecht's next-of-kin for:

    a.  Losses caused by Norma Albrecht's death, up to the present?

        $_____
        (write the amount or, if none, write the word "none")

    b.  Future losses caused by Norma Albrecht's death?

        $_____
        (write the amount or, if none, write the word "none")

Date: 1-11-2013

**SIGNATURE REDACTED**

SCANNED
JAN 1 4 2013
U.S. DISTRICT COURT MPLS

11-cv-716 (JNE/SER)
Albrecht v. Mayo Clinic