AO450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

John Albrecht, as Trustee for the
Next-of-Kin of Norma Albrecht, deceased,

        Plaintiff,

 V.

Mayo Clinic, Mayo Clinic Rochester, Mayo
Clinic Rochester, doing business as, Mayo
Clinic,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-cv-716 (JNE/SER)

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's complaint against the Defendants in this case is dismissed with prejudice.

January 16, 2013  
Date

RICHARD D. SLETTEN, CLERK

s/Katie Thompson  
(By)  Katie Thompson   Deputy Clerk

s/Joan N. Ericksen  
Judge Joan N. Ericksen

C:\Users\cusack\AppData\Local\Temp\notesA7CB45\11cv716 Judgment 011613 signed.wpd

Form Modified:  09/16/04